UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN
(Madison Division)

REC'D/FILED
2016 MAY -2 AM 10: 31
PETER OPPENEER
CLERK'S DIST. COURT
W.D. WI

| | | |
|---|---|---|
| JOSEPH EARL MELING,<br>Petitioner-Appellant, | § § § § | |
| | § | CASE NUMBER _____ |
| v. | § § | CIVIL NO. 15-cv-604-jdp |
| L.C. WARD, WARDEN,<br>(F.C.I. Oxford)<br>Respondent, | § § § § § § | |

## NOTICE OF APPEAL

Comes now, Joseph Earl Meling (hereinafter "Petitioner-Appellant), and files this Notice of Appeal.

Petitioner-Appellant hereby appeals the April 21, 2016 order from the Honorable James D. Peterson, District Court Judge for the Western District of Madison, Wisconsin, denying Petitioner-Appellant's Motion under 28 U.S.C. §2241, seeking habeas corpus relief.

Dated: April 28TH, 2016

Respectfully submitted,

Joseph Earl Meling, Pro-Se
Reg. No. 22719-086
F.C.I. Oxford
P.O. Box 1000
Oxford, Wisconsin 53952